**Motion Granted; Reversed and Remanded and Memorandum Opinion filed February 26, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-01049-CV

---

### JAMES L. DOYLE, Appellant

### V.

### FLEMING & ASSOCIATES, L.L.P., Appellee

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2007-45728**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 20, 2012.

On February 11, 2013, the parties filed a joint motion to reverse the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. See Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed August 20, 2012, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.